434

[Civ. No. 7004. First Appellate District, Division One.—August 24, 1929.]

EARL DUFOUR, Petitioner, v. AL SEYMOUR and THE INDUSTRIAL ACCIDENT COMMISSION, Respondents.

Fabian D. Brown and Wm. B. Hornblower for Petitioner.

G. C. Faulkner for Respondents.

THE COURT.— The testimony in the above-entitled matter seems to present a substantial conflict upon the question of whether or not the petitioner was injured in the course of his employment; and in that state of the record the finding of the respondent commission is controlling. The application for the writ is, therefore, denied upon that ground.